

FILED

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544



IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

_____

IN RE PETITION OF PATRICIA BIK FOR
REINSTATEMENT TO ACTIVE STATUS IN          O R D E R
THE BAR OF MONTANA

_____

MAY 19 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Patricia Bik has petitioned this Court for reinstatement to active status in the State Bar of Montana. Bik was placed on inactive status in January 2020 for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2019. Attached to the Petition is a letter from the State Bar stating that Bik has now completed all CLE requirements for that reporting year. The Petition states that Bik is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Patricia Bik for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Bik shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 19 day of May, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices